IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 1:08cr10-SPM

FRANCISCO SAC,

    Defendant.

_____/

## ORDER CONTINUING SENTENCING

THIS CAUSE comes before the Court on the Defendant's Motion to Continue Sentencing (doc. 381). Upon consideration, it is

ORDERED AND ADJUDGED:

1. The motion (doc. 381) is granted.

2. Sentencing is reset for Tuesday, September 8, 2009, at 1:30 p.m. at the United States Courthouse in Gainesville, Florida.

DONE AND ORDERED this 28th day of July, 2009.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    Chief United States District Judge